UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JANEEN ENCE,

    Plaintiff,

v.

AAA NEVADA INSURANCE COMPANY, *et al.*,

    Defendants.

Case No. 2:11-CV-00713-KJD-CWH

**ORDER**

    Before the Court is AAA Nevada Insurance Company's Motion to Strike (#6). Also before the Court is Plaintiff's First Motion to Amend Complaint (#9) and Plaintiff's Motion to Amend/Correct Complaint (#38). None of these motions has been opposed.[1]

    AAA Nevada's Motion to Strike is based on Plaintiff naming several "Doe" and "Roe" defendants in the original complaint. Based on the motions before the Court, it appears that granting the Motion to Amend/Correct will dispose of both the Motion to Strike and the First Motion to Amend Complaint.

---

[1] Local Rule 7-2(d) provides that failure to oppose a motion "constitute[s] a consent to granting of the motion."

Accordingly, **IT IS HEREBY ORDERED** that the Motion to Amend/Correct Complaint (#38) is **GRANTED**.

**IT IS FURTHER ORDERED** that AAA Nevada's Motion to Strike (#6) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Plaintiff's First Motion to Amend Complaint (#9) is **DENIED** as moot.

DATED this 27th day of October 2011.

_____
Kent J. Dawson
United States District Judge