# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JANEEN ENCE,

     Plaintiff,

v.

AAA NEVADA INSURANCE
COMPANY, *et al*.,

     Defendants.

Case No. 2:11-CV-00713-KJD-CWH

**ORDER**

     Due to an administrative oversight, the Court failed to consider the opposition and reply to Plaintiff's Motion to Amend/Correct Complaint (#38) in issuing its October 27, 2011 Order (#42). Accordingly the Order (#42) is vacated. The Court will issue an Order based on the Plaintiff's Motion to Amend/Correct Complaint, Defendant's opposition (#40), and Plaintiff's reply (#41).

IT IS SO ORDERED.

     DATED this 27th day of October 2011.


_____
Kent J. Dawson
United States District Judge