UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANEEN ENCE,<br><br>                Plaintiff,<br><br>vs.<br><br>AAA NEVADA INSURANCE COMPANY, *et al.*,<br><br>                Defendants. | Case No.  2:11-cv-00713-KJD-CWH<br><br>**ORDER** |

This matter is before the Court on Defendants' Motion to Quash (#32), filed September 7, 2011; Plaintiff's Response (#37), filed September 26, 2011; and Defendant's Reply (#39), filed October 6, 2011.

Specially appearing Defendant Jimmy De La Cerda requests that service of Plaintiff's First Amended Complaint (#9) and Summons be quashed as he is not a named defendant.  Conceding that De La Cerda was not named in the initial amended complaint, Plaintiff filed a second motion for leave to amend the complaint and add De La Cerda as a defendant (#38), which was denied. *See* Order (#85).  Thus, Mr. De La Cerda is not a party and Plaintiff has not provided any reason that would support service of the Summons and Complaint on a non-party in this case.  Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Quash (#32) is **granted**.

DATED this 27th day of April, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**