# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANEEN ENCE, | )<br>) |
| Plaintiff, | )   Case No. 2:11-cv-00713-KJD-CWH<br>) |
| vs. | )   **ORDER**<br>) |
| AAA NEVADA INSURANCE COMPANY, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

This matter is before the Court on Defendants' Motion to Quash (#32), filed September 7, 2011; Plaintiff's Response (#37), filed September 26, 2011; and Defendant's Reply (#39), filed October 6, 2011.

Specially appearing Defendant Jimmy De La Cerda requests that service of Plaintiff's First Amended Complaint (#9) and Summons be quashed as he is not a named defendant. Conceding that De La Cerda was not named in the initial amended complaint, Plaintiff filed a second motion for leave to amend the complaint and add De La Cerda as a defendant (#38), which was denied. *See* Order (#85). Thus, Mr. De La Cerda is not a party and Plaintiff has not provided any reason that would support service of the Summons and Complaint on a non-party in this case. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Quash (#32) is **granted**.

DATED this 27th day of April, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**