# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANEEN ENCE,<br><br>                   Plaintiff,<br><br>vs.<br><br>AAA NEVADA INSURANCE CO.,<br><br>                   Defendant. | Case No. 2:11-cv-00713-KJD-CWH<br><br>**ORDER** |

      This matter is before the Court on Defendant's Motion to Substitute Counsel (#94), filed June 12, 2012. The Court has reviewed the motion and finds that the requirements of LR IA 10-6(c) have been met. Accordingly,

      **IT IS HEREBY ORDERED** that Defendant's Motion to Substitute Counsel (#94) is **granted**.

      DATED this 13th day of June, 2012.

                                                  _____<br>
                                                C.W. Hoffman, Jr.<br>
                                                United States Magistrate Judge